IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RASHAD LEE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:22cv19-MHT |
| ) | (WO) |
| **REOSHA BUTLER, et al.,** ) | |
| ) | |
| Respondents. ) | |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed because petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of February, 2025.

                                           /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**