IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RASHAD LEE,                    )
                               )
       Petitioner,             )
                               )      CIVIL ACTION NO.
       v.                      )        2:22cv19-MHT
                               )           (WO)
REOSHA BUTLER, et al.,         )
                               )
       Respondents.            )
```

ORDER

Upon consideration of the "Motion for Court to Set A Specific Time For Respondents to Act, and or Protect Plaintiff From Imminent Danger" (Doc. 56), which names a defendant (Gwendolyn Davis) who was not named in this case, and which includes a blank space for the clerk to supply a case number rather than using the case number assigned to this case, the court finds that the motion should be filed as a complaint in a new lawsuit, rather than as a motion in this closed habeas case.

Accordingly, the clerk of court is DIRECTED to

strike the motion from this case and to open a new civil action and file the motion as a complaint in that case.

DONE, this the 15th day of April, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE